LAW OFFICE

# TERRY N. GRIMES, ESQ., P.C.
FRANKLIN COMMONS
320 ELM AVENUE, SW
ROANOKE, VA 24016-4002

TERRY N. GRIMES, ESQUIRE
tgrimes@terryngrimes.com

TELEPHONE: 540.982.3711
FACSIMILE:  540.345.6572

October 27, 2020

Patricia S. Connor, Clerk of Court
U.S. Court of Appeals for the Fourth Circuit
1100 E. Main Street, Suite 501
Richmond, Virginia 23219

Re:  ***William D. Carmack v. Commonwealth of VA, et al.***
     **Record No. 19-2075**

Dear Ms. Connor:

Yesterday, while oral argument was taking place in the instant appeal, the Supreme Court issued yet another opinion that controls the question of whether the state or federal causation standard applies to this action filed under the Virginia Whistleblower Protection Act, Va. Code §2.2-3011 (1950), as amended (District Court: "The central issue in dispute between the parties as to Count I and Count II relates to causation" – JA 2221). Pursuant to FRAP 28(j) and Local Rule 28(e), I draw to the Court's attention *Democratic Nat'l Comm. V. Wis. State Legislature*, 2020 U.S. LEXIS 5187 (Oct. 26, 2020). There affirming a decision of the Seventh Circuit to stay an injunction issue by the district court in Wisconsin, Chief Justice Roberts noted in a concurring opinion that "this case involves federal intrusion into state lawmaking processes." Id., at *1. *See also* Justice Kavanaugh's concurring opinion, "[a] *federal court's* alteration of state election laws such as Wisconsin's differs in some respects from a *state court's* (or state agency's) alteration of state election laws." Id., at *19. [Emphasis in original].

As noted by appellant ("[w]ith respect to the [Fraud, Waste and Abuse Whistleblower Protection] Act, the Supreme Court of Virginia has yet to interpret the Act authoritatively" (Dkt. No. 72, FN 12; *see also* Dkt. No. 72, FN 14)) and the district court below, "[t]he guidance on the proper causation standard to apply in the FAWBPA context is limited" (JA 37). For this and reasons stated by the Supreme Court yesterday in *Democratic Nat'l Comm.*, this Court should apply the state law causation standard in the case at bar or certify the question to the Supreme Court of Virginia.

October 27, 2020
Page 2

I remain,

Very truly yours,

TERRY N. GRIMES, ESQ.

Terry N. Grimes

TNG/klk
c:  Williams D. Carmack (*via* electronic mail only)
    Ryan S. Hardy, Esquire (*via* electronic mail only)